IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


MIKE SHALES, et al.,                        )
                                            )
                    Plaintiffs,             )        CIVIL ACTION
                                            )
        v.                                  )        NO. 15 C 1882
                                            )
TABITHA VENTURES, INC.,                     )        JUDGE MANISH S. SHAH
an Illinois corporation,                    )
                                            )
                    Defendant.              )


### MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against

Defendant, TABITHA VENTURES, INC., an Illinois corporation, in the total amount of $60,317.95,

plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,699.25.

On March 10, 2015, the Summons and Complaint was served on the Registered Agent by

tendering a copy of said documents to him personally at his place of business (a copy of the

Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on

March 31, 2015.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully

request entry of default and judgment.



                                            /s/   Cecilia M. Scanlon

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>14th</u> day of <u>April 2015</u>:

        Mr. James M. Tomlin, Registered Agent
        Tabitha Ventures, Inc.
        1314 E. Marietta Avenue
        Peoria Heights, IL   61616

        Mr. Edward Taiwo, President
        Tabitha Ventures, Inc.
        7722 N. Candle Trail, Suite 2
        Peoria, IL   61614

           /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\FVLJ\Tabitha Ventures\motion.cms.df.wpd